**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KATHERINE L. SMITH,

    Plaintiff,

v.                                         CASE NO. 3:05-cv-1253-J-32HTS

AMERICA ONLINE, INC., a foreign
corporation, and CHRIS BRITTON,
an individual,

    Defendants.

---

**O R D E R**

This cause is before the Court on Plaintiff's Notice of Objection and Motion to Quash Defendant AOL's Non-Party Subpoena *Duces Tecum* Dated January 3, 2007 (Doc. #30; Motion), filed on January 4, 2007. As set out in the Order (Doc. #31), entered on January 5, 2007, Plaintiff has no standing to challenge subpoenas issued to non-parties based upon their not allowing reasonable time for compliance. In the Motion, she also asserts "[t]he subpoena . . . imposes an undue burden on a non-party." Motion at 4; *see also id.* at 3. Plaintiff cites no case authority to establish her standing in this regard. However, even the case she relies upon in her memorandum, *see* Motion at 2, to support a party's standing as to timeliness, *Auto-Owners Insurance Co. v. Southeast Floating Docks, Inc.*, 231 F.R.D. 426, 429 (M.D. Fla. 2005), acknowledges parties "do not have standing to quash . . . subpoenas on

the grounds of oppression and undue burden placed upon the third parties where the non-parties have not objected on those grounds."

In light of the foregoing, the Motion (Doc. #30) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of January, 2007.

      /s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record and
    *pro se* parties, if any