UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHERINE L. SMITH,

       Plaintiff,

v.                              CASE NO. 3:05-cv-1253-J-32HTS

AMERICA ONLINE, INC., a foreign
corporation, and CHRIS BRITTON,
an individual,

       Defendants.

_____

**O R D E R**

      This cause is before the Court on Expert Witness, James C. Johns', Notice of Objection and Motion to Quash Defendant's Non-Party Subpoena *Duces Tecum* (Docs. ##34-35; Motion). The Motion is opposed. *See* Defendant, America Online, Inc.'s Memorandum in Opposition to Expert Witness, James C. Johns' Notice of Objection and Motion to Quash Defendant's Non-Party Subpoena *Duces Tecum* (Doc. #57; Opposition).

      Movant, James C. Johns, seeks to have quashed a subpoena "received . . . on January 3, 2007" from Defendant America Online, Inc. (Defendant). Motion at 1. The subpoena commanded the production of documents on January 10, 2007. *See* Subpoena in a Civil Case, attached to the Motion as Exhibit 1. However, despite being aware of the subpoena for approximately a week prior to the demanded production date and even attending a deposition conducted by Defendant on January 5, 2007, *see* Motion at 2, 3, Mr. Johns did not make his motion or otherwise

lodge an objection until January 17, 2007. Further, he offers no argument or reasoning to excuse the untimeliness.

In light of the foregoing, the Motion (Docs. ##34-35) is **DENIED**. Mr. Johns shall produce for inspection and copying the documents at issue within ten (10) days from the date of this Order, at a date and time agreeable to Defendant.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of February, 2007.

        /s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record and
    pro se parties, if any